## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **23-cr-80078-Singhal/McCabe**

**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 924(c)(1)(A)(i)**
**18 U.S.C. § 922(g)(1)**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**

UNITED STATES OF AMERICA

vs.

DEREK LEE KNOWLES,

     Defendant.

_____/



FILED BY _____ SP _____ D.C.

APR 20 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession with Intent to Distribute a Controlled Substance

On or about December 30, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**DEREK LEE KNOWLES,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved a mixture and substance containing a detectable amount of N-Dimethylpentylone, a Schedule I controlled substance.

## COUNT 2
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about December 30, 2022, in Palm Beach County, in the Southern District of Florida,

the defendant,

### DEREK LEE KNOWLES,

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for

which the defendant may be prosecuted in a court of the United States, that is, a violation of Title

21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment, in violation

of Title 18, United States Code, Section 924(c)(1)(A)(i).


## COUNT 3
### Felon in Possession of a Firearm or Ammunition
### (18 U.S.C. § 922(g)(1))

On or about December 30, 2022, in Palm Beach County, in the Southern District of Florida,

the defendant,

### DEREK LEE KNOWLES,

did knowingly possess a firearm and ammunition in and affecting interstate commerce, knowing

that he had been previously convicted of a crime punishable by imprisonment for a term exceeding

one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

a.) One (1) Kel-Tec, Model P3AT, .380 Caliber pistol; and

b.) Two (2) rounds of Hornady .380 caliber ammunition.

## FORFEITURE ALLEGATIONS

1.       The allegations of this Indictment are hereby re-alleged and by this reference fully

2

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DEREK LEE KNOWLES**, has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3.      Upon conviction of a violation of Title 18, United States Code, Sections 922(g) and/or 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON


_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY


*Shannon O'Shea Darsch*
_____
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80078-Singhal/McCabe _____

v.

**CERTIFICATE OF TRIAL ATTORNEY**

DEREK LEE KNOWLES

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | (Check only one) | |
   |---|---|---|---|
   | I | ☒ 0 to 5 days | ☐ Petty | |
   | II | ☐ 6 to 10 days | ☐ Minor | |
   | III | ☐ 11 to 20 days | ☐ Misdemeanor | |
   | IV | ☐ 21 to 60 days | ☒ Felony | |
   | V | ☐ 61 days and over | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____   Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____   Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of December 30, 2022

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Shannon O'Shea Darsch*
SHANNON O'SHEA DARSCH
Assistant United States Attorney
FL Bar No.        68566

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: Derek Lee Knowles

**Case No**: 23-cr-80078-Singhal/McCabe

Count #: 1

Possession with Intent to Distribute a Controlled Substance, to wit, N,N-Dimethylpentylone),

a Schedule I Controlled Substance

Title 21 U.S.C §§ 841(a)(1) and 841(b)(1)(C)
* **Max. Term of Imprisonment:** 20 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $1,000,000

Count #: 2

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 U.S.C. § 924(c)(1)(A)(i)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 Years
* **Max. Supervised Release:** 5 Years
* **Max. Fine:** $250,000

Count #: 3

Felon in Possession of a Firearm

Title 18 U.S.C. §§ 922(g), 922(g)(1), 924(c)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**